# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2651

_____

United States of America,       *
                                    *

         Appellee,           *

                                     *   Appeal from the United States

     v.                    *   District Court for the

                                   *   Western District of Missouri.

Mark L. Flaaen,                *

                                   *   [UNPUBLISHED]

         Appellant.         *

_____

Submitted: November 23, 2011
Filed: December 7, 2011

_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Mark Flaaen appeals the sentence the district court[1] imposed after revoking his supervised release. We conclude that the revocation sentence of 20 months in prison with 40 months of supervised release was not unreasonable. We decline to review at this time Flaaen's arguments regarding ineffective assistance of counsel and sentence credit. See United States v. Davis, 452 F.3d 991, 994 (8th Cir. 2006); United States v. Pardue, 363 F.3d 695, 699 (8th Cir. 2004). With respect to Flaaen's remaining arguments, we find no plain error. See Davis, 452 F.3d at 994 (describing

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

plain-error review); see also United States v. Asalati, 615 F.3d 1001, 1007-08 (8th Cir. 2010) (upholding curfew condition of supervised release).

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____